# THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRGINIA A. REILLY
JASON A. STEWART

**TELEPHONE:**
(212) 986-6840

**TELECOPIER:**
(212) 986-7691

September 22, 2023

Via ECF

Honorable Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Room 1920
New York, NY 10007-1312
(212) 805-0204

*The request is GRANTED. Defendants shall respond to the Complaint no later than **October 22, 2023**.*

Dated: September 22, 2023
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *Jean v. Roosevelt Island Operating Corporation, et al.*
       Case Number: 1:23-cv-08192 (JLR)

Dear Judge Rochon:

We represent the Plaintiff, Karline Jean, in the above-referenced action. We write today in conjunction with counsel for the Defendants. Pursuant to discussions, counsel for the Defendants has agreed to accept service for the Defendants, and the Parties have agreed – pending the Court's approval – that Defendants shall have until October 22, 2023 to answer, move against, or otherwise respond to the Complaint.

It is respectfully requested that the Court approve this proposed agreement and so order this correspondence.

We thank the Court again for its time, attention, and courtesies in this regard.

Respectfully submitted,

Ethan Leonard (EL2497)

cc:   Howard Miller (Via ECF and Electronic Mail on consent)