UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KARLINE JEAN,

                            Plaintiff,

   -against-

ROOSEVELT ISLAND OPERATING
CORPORATION; SHELTON HAYNES;
Individually and in his Official Capacity as
President and CEO OF RIOC; GRETCHE
ROBINSON, Individually and in her
Official Capacity as General Counsel of
RIOC; and TAJUNA SHARPE, Individually
and in her Official Capacity as Assistant Vice
President for Administration of RIOC.
,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Case No. 1:23-cv-08192 (JLR)

**AFFIRMATION OF HOWARD M. MILLER**

       HOWARD M. MILLER, an attorney duly admitted to practice law in the State of New York and before this Court, hereby affirms under penalty of perjury as follows:

       1.    I am a member of Bond Schoeneck & King, PLLC, attorneys for Defendants Roosevelt Island Operating Corporation, Shelton Haynes, Gretchen Robinson and Tajuna Sharp. As such, I am fully familiar with the facts and circumstances herein.

       2.    Annexed hereto as Exhibit "A" November 5, 2021 Determination and Order After Investigation of the New York State Division of Human Rights in Case No, 10212585.

       3.    Exhibit "A" is properly before the Court on this Rule 12(b)(6) motion because it was incorporated by reference into the Complaint.

Dated: Garden City, New York
       November 3, 2023

                                                         HOWARD M. MILLER