UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARLINE JEAN,<br><br>                    Plaintiff,<br><br>-against-<br><br>ROOSEVELT ISLAND OPERATING CORPORATION et al.,<br><br>                    Defendants. | Case No. 1:23-cv-08192 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the oral argument held on June 7, 2024, Defendants' motion to dismiss is DENIED. The parties shall jointly submit a letter regarding their interest in participating in mediation no later than **June 12, 2024**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

Dated: June 7, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge

1